### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE LYNNE FORD, | : | |
| | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:26-cv-03020 |
| | : | |
| U-HAUL HOLDING COMPANY, | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 28th day of May 2026, upon consideration of Defendant's Motion to Dismiss (Dkt. 5), and Plaintiff's lack of response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as uncontested.[1] Plaintiff's Complaint is **DISMISSED** without prejudice.

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] On May 11, 2026, Defendant U-Haul Holding Company filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2). *See* Dkt. 5. To date, Plaintiff has not responded to Defendant's Motion. Local Rule of Civil Procedure 7.1(c) provides that "[i]n the absence of a timely response, the motion may be granted as uncontested except as provided under Federal Rule of Civil Procedure 56, or otherwise prohibited by law." E.D. Pa. Loc. R. 7.1(c); *see also Harron v. Cartwright*, No. CIV.A. 05-1538, 2006 WL 573030, at *1 (E.D. Pa. Mar. 7, 2006). Accordingly, Defendant's Motion is granted.